## Second Department, February, 1960 ■

### (February 23, 1960)

■ The People of the State of New York, Respondent, *v.* Leonard Wolochen, Appellant.— Motion to dismiss appeal from an order denying, without a hearing, an application in the nature of *coram nobis* granted and appeal dismissed. (See *People* v. *Wolochen*, Motion No. 64, decided herewith.) Present — Nolan, P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ.